CASE SEALED: __X__ UNSEALED: _____

CASE NO: _____

# SEALED

## PERSONAL DATA SHEET
### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

USAO #: _____

**SA14CR0338 OG**

COUNTY: BEXAR          DIVISION: SAN ANTONIO          JUDGE: _____

DATE: APRIL 29, 2014          MAG.CT.#: NONE          FBI #: _____

ASSISTANT U.S. ATTORNEY: RUSSELL D. LEACHMAN          DEF. D.O.B.: ███████

DEFENDANT NAME: ROLANDO R. GONZALEZ-TREVIÑO          DEF. SSN: _____

DEFENDANT'S A/K/A'S: _____ none          Male _X_ Female ___

DEFENDANT'S ADDRESS: ████████████████████████████

CITIZENSHIP: United States: ____          Mexican __X__          Other: _____

INTERPRETER NEEDED: YES: _X_          NO: _____          Language: SPANISH

DEFENSE ATTORNEY'S NAME: NONE YET
                    Employed: ____ Appointed: ____

DEFENSE ATTORNEY'S ADDRESS: ____ N/A ____

DEFENDANT IS: In Jail: NO  Where: _____          Writ Attached: ____
             On Bond: NO  Amount of Bond: _____          SID# _____
             AUSA Bond Recommendation: DETAIN WITHOUT BOND

DATE OF ARREST: _____  TO BE ARRESTED: __X__  BENCH WARRANT NEEDED: YES
PROBATION OFFICER: _____  NAME & ADDRESS OF SURETY: _____

PROSECUTION BY: __X__ INDICTMENT _____ INFORMATION

OFFENSE: **COUNT 1:** 18 U.S.C. § 1349 -Conspiracy to Commit Wire Fraud; **COUNT 2:** 18 USC §§ 371, 2314 – Conspiracy to Transport or Cause to be Transported Stolen Property; **COUNT 3:** 18:1956(h), (a)(2)(B)- Money Laundering Conspiracy.

OFFENSE IS: FELONY __X__          CLASS A MISDEMEANOR _____          CLASS B/C PETTY OFFENSE _____

**MAXIMUM SENTENCE: COUNT 1:** up to 20 years imprisonment; Maximum $250,000 fine; Up to 3 years supervised release; $100 mandatory special assessment.  **COUNT 2:** up to 5 years-imprisonment; Maximum $250,000 fine; Up to 3 years supervised release; $100 mandatory special assessment.  **COUNT 3:** up to 20 years imprisonment; Maximum $250,000 fine; Up to 3 years supervised release $100 mandatory special assessment.

AGENT/AGENCY: GARRICK BEWLEY/HIS (210) 842-0418 **MANDATORY PENALTY:** Yes: X  No: __ As to special assessment only.

REMARKS: _____          ns

WDT-Cr-3    USDC CY 1    USDC CY 2    COURT CY    USMS CY    USAO CY    PROBATION CY    PRE-TRIAL SVCS CY    USAO DOCKETING CY