UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. SA-14-CR-338-OLG |
| | ) |
| ROLANDO R. GONZALEZ-TREVINO, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF PUBLICATION

In accordance with Title 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 18, 2015 and ending on September 16, 2015. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2015 at San Antonio, Texas.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

By:   /s/ Mary Nelda Valadez
Mary Nelda G. Valadez
Assistant United States Attorney
Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Texas Bar No. 20421844

Attorneys for the United States of America

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# COURT CASE NUMBER: SA-14-CR-338-OLG; NOTICE OF FORFEITURE

Notice is hereby given that on August 06, 2015, in the case of <u>U.S. v. Rolando R. Gonzalez-Trevino</u>, Court Case Number SA-14-CR-338-OLG, the United States District Court for the Western District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

$146.15 in funds from bank account xxxxxx2522 in the name of NRT Real Estate at International Bank of Commerce (15-ICE-000147)

$21,651.48 in funds from bank account xxxxx3006 in the name of NRT Communications Group at International Bank of Commerce (15-ICE-000148)

$222,756.58 in funds from bank account xxxxx1331 in the name of NRT Communications Group at International Bank of Commerce (15-ICE-000149)

$15,397.98 in funds from bank account xxxxx2831 in the name of NRT Communications Group at International Bank of Commerce (15-ICE-000150)

$1,113,221.64 in funds from bank account xxxxx4020 in the name of NRT International Investments at International Bank of Commerce (15-ICE-000151)

$248,426.12 in funds from bank account xxxxx4674 in the name of Ramiro Gonzalez Trevino at International Bank of Commerce (15-ICE-000152)

$142,037.66 in funds from bank account xxxxx9414 in the name of Rolando Ramiro Gonzalez Trevino at International Bank of Commerce (15-ICE-000153)

$250,000.00 in funds from bank account xxxxx2523 in the name of NRT International Investments at International Bank of Commerce (15-ICE-000154)

$281,228.87 in funds from bank account xxxxx1285 in the name of Ramiro Gonzalez Trevino at International Bank of Commerce (15-ICE-000155)

$25,972.23 in funds from bank account xxxxx8436 in the name of NRT Enterprises at International Bank of Commerce (15-ICE-000156)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 18, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 655 East Cesar E. Chavez Blvd. Room G65, San Antonio, TX 78206, and a copy served upon Assistant United States Attorney Mary Nelda G. Valadez, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5597. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the

Attachment 1

relief sought, pursuant to 21 U.S.C. § 853(n).

      Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Attachment 1



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 18, 2015 and September 16, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Rolando R. Gonzalez-Trevino

**Court Case No:**         SA-14-CR-338-OLG
**For Asset ID(s):**       See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/18/2015 | 24.0 | Verified |
| 2 | 08/19/2015 | 24.0 | Verified |
| 3 | 08/20/2015 | 24.0 | Verified |
| 4 | 08/21/2015 | 24.0 | Verified |
| 5 | 08/22/2015 | 24.0 | Verified |
| 6 | 08/23/2015 | 24.0 | Verified |
| 7 | 08/24/2015 | 24.0 | Verified |
| 8 | 08/25/2015 | 24.0 | Verified |
| 9 | 08/26/2015 | 24.0 | Verified |
| 10 | 08/27/2015 | 24.0 | Verified |
| 11 | 08/28/2015 | 23.9 | Verified |
| 12 | 08/29/2015 | 24.0 | Verified |
| 13 | 08/30/2015 | 23.6 | Verified |
| 14 | 08/31/2015 | 24.0 | Verified |
| 15 | 09/01/2015 | 24.0 | Verified |
| 16 | 09/02/2015 | 24.0 | Verified |
| 17 | 09/03/2015 | 24.0 | Verified |
| 18 | 09/04/2015 | 24.0 | Verified |
| 19 | 09/05/2015 | 24.0 | Verified |
| 20 | 09/06/2015 | 24.0 | Verified |
| 21 | 09/07/2015 | 24.0 | Verified |
| 22 | 09/08/2015 | 24.0 | Verified |
| 23 | 09/09/2015 | 24.0 | Verified |
| 24 | 09/10/2015 | 24.0 | Verified |
| 25 | 09/11/2015 | 23.6 | Verified |
| 26 | 09/12/2015 | 24.0 | Verified |
| 27 | 09/13/2015 | 24.0 | Verified |
| 28 | 09/14/2015 | 24.0 | Verified |
| 29 | 09/15/2015 | 24.0 | Verified |
| 30 | 09/16/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.