UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAR 28 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CRIMINAL NO. SA-14-CR-338-OLG |
| ROLANDO R. GONZALEZ-TREVINO, | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(1) and (2) and Title 21 U.S.C. §§ 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the below-described Subject Personal Properties and the violations of Title 18 U.S.C. §§ 371 and 2314, by virtue of Defendant ROLANDO R. GONZALEZ-TREVINO's Plea Agreement (Doc. 54) and factual basis contained therein. The Court further finds that Defendant ROLANDO R. GONZALEZ-TREVINO has an interest in the Subject Personal Properties and does hereby GRANT said Motion. IT IS THEREFORE,

ORDERED that all right, title, and interest of Defendant ROLANDO R. GONZALEZ-TREVINO in the Subject Personal Properties, to wit:

$146.15 in funds from bank account xxxxxx2522 in the name of NRT Real Estate at International Bank of Commerce;

$21,651.48 in funds from bank account xxxxx3006 in the name of NRT Communications Group at International Bank of Commerce;

$222,756.58 in funds from bank account xxxxx1331 in the name of NRT Communications Group at International Bank of Commerce;

$15,397.98 in funds from bank account xxxxx2831 in the name of NRT Communications Group at International Bank of Commerce;

$1,113,221.64 in funds from bank account xxxxx4020 in the name of NRT International Investments at International Bank of Commerce;

$248,426.12 in funds from bank account xxxxx4676 in the name of Ramiro Gonzalez Trevino at International Bank of Commerce;

$142,037.66 in funds from bank account xxxxx9414 in the name of Rolando Ramiro Gonzalez Trevino at International Bank of Commerce;

$250,000.00 in funds from bank account xxxxx2523 in the name of NRT International Investments at International Bank of Commerce;

$281,228.87 in funds from bank account xxxxx1285 in the name of Ramiro Gonzalez Trevino at International Bank of Commerce; and,

$25,972.23 in funds from bank account xxxxx8436 in the name of NRT Enterprises at International Bank of Commerce,

hereinafter referred to as the "Subject Personal Properties" be, and hereby is, forfeited to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of NRT Real Estate, LLC in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of NRT Communications Group, LLC in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of NRT International Investments, LLC in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of NRT Enterprises, LLC in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of any and all other potential petitioners in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER,

ORDERED that the United States Department of Homeland Security, and/or its designated agents, shall seize, take custody, control, and possession of the aforementioned forfeited Subject Personal Properties and shall dispose of same in accordance with law; and IT IS FURTHER,

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 54) entered on August 6, 2015, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this 28th day of March, 2016.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE